UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID THOMPSON BOYD, | ) | NO. CV 15-6634-GW (AGR) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| LOS ANGELES COUNTY SHERIFF DEPT., et al., | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed without prejudice.

DATED: June 15, 2016

_____
GEORGE H. WU
United States District Judge